

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2021

No. 04-21-00311-CV

**IN THE INTEREST OF T.A.G., J.I.R.G., C.M.R.A., AND G.A. JR.**, minor children,

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01608
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

    This is an accelerated appeal of an order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant's pro se brief was originally due on November 17, 2021, and appellant filed a motion requesting an extension of time until November 19, 2021.

    After consideration, we **GRANT** the motion and **ORDER** appellant to file her pro se brief **by November 19, 2021**. **Appellant is advised that further extensions of time will be disfavored.**

_____
Beth Watkins, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court